**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
    E-Mail: Shane.Singh@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants, VIA TECH
PUBLISHING SOLUTIONS, INC. and
ATTORNEY'S CORPORATION SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| OLIVIA FRY, | CASE NO. 2:17-cv-02101-WBS-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | Trial Date:        April 16, 2019 |
| VIA TECH PUBLISHING SOLUTIONS, INC., ATTORNEY'S CORPORATION SERVICES, INC., and DOES 1 through 20, | The Hon. William B. Shubb |
| Defendants. | |

Plaintiff Olivia Fry ("Plaintiff") and Defendants Via Tech Publishing Solutions, Inc., and

Attorney's Corporation Services, Inc. (collectively "Defendants"), do hereby stipulate and agree as

follows:

## **STIPULATION**

Plaintiff and Defendants jointly desire to schedule an early settlement conference before

Magistrate Judge Alison Claire. However, both Plaintiff's and Defendants' counsel's trial

schedules and the present discovery limitations make this challenging. The parties are diligently

working to resolve the case.

In light of the foregoing, Plaintiff and Defendants jointly request that the following

limitations be continued as follows:

    1.  All non-expert discovery: From November 30, 2018, to March 22, 2019.

STIPULATION AND [PROPOSED] ORDER

LEWIS
BRISBOIS

1    2. Law and motion filings:  From December 21, 2018, to April 12, 2019.

2    3. Final pretrial conference:  From February 25, 2019, to a date deemed appropriate

3       by the court.

4    4. Trial date:  From April 16, 2019, to August 6, 2019.

5    The undersigned, on behalf of their respective clients, do so stipulate.

6    Respectfully submitted.

7

8    DATED: October 23, 2018          LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10                                    By:        /s/ Shane Singh, Esq.

11                                         Shane Singh
                                           Attorneys for Defendants, VIA TECH
12                                         PUBLISHING SOLUTIONS, INC. and
                                           ATTORNEY'S CORPORATION SERVICES,
13                                         INC.

14

15   DATED: October 23, 2018          TELFER LAW

16

17

18                                    By:        /s/ Jill Telfer, Esq.

                                           Jill Telfer
19                                         Attorneys for Plaintiff, OLIVIA FRY

20

21

22

23

24

25

26

27

28

# ORDER

Based on the stipulation and good cause appearing, the Court accepts the parties' proposed continuances:

1. All non-expert discovery:  Continued to March 22, 2019.

2. Law and motion filings:  Continued to April 12, 2019.

3. Final pretrial conference:  Reset for June 10, 2019 at 1:30 p.m.

4. Jury Trial:  Reset for August 6, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 26, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS