

LEWIS BRISBOIS BISGAARD & SMITH LLP

Shane Singh
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Shane.Singh@lewisbrisbois.com
Direct: 916.646.8217

**FILED**

NOV 1 5 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

November 7, 2018

File No. 27350.1779

**VIA U.S. MAIL**

Magistrate Judge Allison Claire
U.S. District Court for the Eastern District of California
Robert T. Matsui United States Courthouse
Courtroom 26, 8th Floor
501 I Street
Sacramento, CA 95814

Re:   Fry v. ViaTech Publishing Solutions, Inc., et al.
      U.S.D.C. Case No. 2:17-cv-02101-WBS-AC

Dear Judge Claire:

The parties in this case are scheduled to appear before this Court on a Settlement Conference on December 20, 2018 at 9:00 a.m. Defendants' representative, Ron Simmons, will be traveling from Texas to appear at the Settlement Conference in person. Likewise, Defendants' counsel will be traveling from Los Angeles to attend the Settlement Conference.

Pursuant to this Court's Standing Orders with regard to Settlement Conferences, Defendants respectfully request the Court approve a telephonic appearance for Defendants' insurance carrier representative, Gail Rabinowitz of The Hartford Insurance Company. Ms. Rabinowitz is located in Chicago, Illinois, and it would be unnecessarily burdensome on Defendants for Ms. Rabinowitz to appear at the Settlement Conference in person. Ms. Rabinowitz will certainly be available throughout the entire Settlement Conference by telephone, and will have the requisite settlement authority as necessary.

For your convenience, we ask that you sign this letter and return it to us in the enclosed self-addressed and stamped envelope. Thank you for your time and consideration.

Very truly yours,

Shane Singh of
LEWIS BRISBOIS BISGAARD & SMITH LLP

SS:amf
cc: Melissa T. Daugherty
    Alia L. Chaib
    Jill Telfer


Based on the foregoing and good cause appearing, this Court approves Gail Rabinowitz of The Hartford Insurance, to appear telephonically on behalf of Defendants at the Settlement Conference Hearing on December 20, 2018.


DATED: November 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE